■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RIVERA, Appellant. [619 NYS2d 999] —Judgment unani-

mously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Cosgrove, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Wesley, Callahan, Doerr and Boehm, JJ.